UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASBIR KAPOOR,

    Plaintiff,

    v.

U.S. CITIZENSHIP & IMMIGRATION SERVICES, et al.,

    Defendants.
_____/

No. C 10-2186 PJH

**ORDER TO SHOW CAUSE**

Plaintiff's Petition for Review of Denial of Application for Naturalization was filed on May 20, 2010. The petition was filed pursuant to 8 U.S.C. § 1421(c), which allows naturalization applicants to seek judicial review of a denial of an application for naturalization.

Preliminarily, the court notes that, although the petition was only recently filed, the docket bears no indication that a summons was issued contemporaneously with the filing of plaintiff's petition. It is plaintiff's responsibility to ensure proper service and process of the petition upon the government, on behalf of defendants. To that end, plaintiff is hereby ORDERED to effect service of the petition upon the government, and file a proof of service to that effect with the court, within fourteen (14) days of the date of this order.

Assuming plaintiff's service of the summons and petition upon defendants (and the filing of a proof of service) within fourteen days, the court further ORDERS the government to show cause regarding why the court should not determine the matter, and/or grant the relief requested by plaintiff in his petition. The show cause hearing will be held on **July 28, 2010**, at 9:00 a.m., in Courtroom 3, 2nd Floor, Federal Building, 1301 Clay Street, Oakland, California, 94612.

The government is further ORDERED to file and serve any opposition to the show cause order no later than July 7, 2010. Plaintiff shall file and serve any reply to defendants' opposition no later than July 14, 2010.

The government, however, may request an extension of the briefing and hearing schedule should additional time be needed following service of plaintiff's complaint.

**IT IS SO ORDERED.**

Dated: May 28, 2010

PHYLLIS J. HAMILTON
United States District Judge