UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASBIR KAPOOR,

    Plaintiff,

    v.

U.S. CITIZENSHIP & IMMIGRATION SERVICES, et al.,

    Defendants.

_____/

No. C 10-2186 PJH

**ORDER**

The court is in receipt of plaintiff's amended response to the court's May 28, 2010 order to show cause. Plaintiff's response requests that the court grant plaintiff additional time to complete filing of the proof of service with respect to service of the summons and complaint upon defendants.

As a preliminary matter, and based on the exhibits attached to plaintiff's response, it appears to the court that all defendants have now been served. Notwithstanding this observation, the court hereby GRANTS plaintiff's request for additional time in which to file the proof of service. Plaintiff shall file a proof of service no later than July 6, 2010.

**IT IS SO ORDERED.**

Dated: June 24, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge