```
TONY WEST
Assistant Attorney General
U.S. Department of Justice
Civil Division
DAVID J. KLINE
Director
Office of Immigration Litigation
District Court Section
SAMUEL P. GO
Senior Litigation Counsel
NICOLE R. PRAIRIE (DCBN 982601)
Trial Attorney

    P.O. Box 868
    Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 532-4074
    FAX: (202) 305-7000
    Nicole.Prairie@usdoj.gov
```

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JASBIR KAPOOR, | ) |
|           Plaintiff, | ) No. C 10-2186 VRW |
|       v. | ) **STIPULATION TO DISMISS;** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | ) ~~**PROPOSED**~~ **ORDER** |
|           Defendants. | ) |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action, *with prejudice*, as Plaintiff no longer wishes to pursue this matter.  Thus, the parties jointly request, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this Court approve the dismissal of this matter in its entirety.  Each party shall bear its own costs and fees, and no attorney's fees or costs under the Equal Access to Justice Act, or any other provision of law, will be sought in the above-captioned matter.

//

STIPULATION
C10-2186 VRW

| | | |
|---|---|---|
| 1 | Dated: November 10, 2010 | Respectfully submitted, |
| 2 | | TONY WEST |
| | | Assistant Attorney General |
| 3 | | U.S. Department of Justice Civil Division |
| | | DAVID J. KLINE |
| 4 | | Director |
| | | Office of Immigration Litigation |
| 5 | | District Court Section |
| | | SAMUEL P. GO |
| 6 | | Senior Litigation Counsel |
| 7 | |       /s/ |
| | | NICOLE R. PRAIRIE[1] |
| 8 | | Trial Attorney |
| | | Attorneys for Defendants |
| 9 | | |
| 10 | Dated: November 10, 2010 |       /s/ |
| | | JAMES CANFIELD |
| 11 | | Attorney for Plaintiff |

~~PROPOSED~~ ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 11/10/2010

    VAUGHN R. WALKER
    United States District Judge

---

[1] I, Nicole R. Prairie, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION
C10-2186 VRW      2